**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, #400
Billings, MT 59401
Phone: (406) 657-6101
FAX: (406) 657-6058
lori.suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS DIV.

2008 OCT 20 AM 9 30

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT DARRYL WAR CLUB,**<br><br>Defendant. | CR 08- 126-GF- SEH<br><br>**INDICTMENT**<br><br>**FIRST DEGREE MURDER**<br>**Title 18 U.S.C. §§ 1153(a) and 1111**<br>**(Penalty: Mandatory life imprisonment,**<br>**$250,000 fine, and five years of supervised**<br>**release)** |

THE GRAND JURY CHARGES:

On or about April 20, 2006, at Wolf Point, in the State and District of

Montana, and on and within the exterior boundaries of the Fort Peck Indian

Reservation, being Indian Country, the defendant, ROBERT DARRYL WAR CLUB,

S:\crim\gj\2008-2009 grand jury\oct2008GJ\lori.warclub.wpd

1

an Indian person, knowingly and unlawfully killed Richard Gerome Green with

malice aforethought and with premeditation, a violation of 18 U.S.C. §§ 1153(a) and

1111.

A TRUE BILL.

FOREPERSON

WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons_____
Warrant: ✓ - state custody
Bail: none

# United States District Court

## DISTRICT OF MONTANA, GREAT FALLS DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

CASE NUMBER: CR-08-126-GF-SEH

ROBERT DARRYL WAR CLUB
IN STATE CUSTODY

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ROBERT DARRYL WAR CLUB and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging HIM with FIRST DEGREE MURDER and CRIME ON RESERVATION in violation of Title 18 United States Code, Sections 1111 and 1153(a).

Assigned to: AUSA LORI HARPER SUEK

JUDITH HARRIS, Deputy Clerk
AS ORDERED BY CHIEF U.S. DISTRICT COURT JUDGE RICHARD F. CEBULL
Billings, Montana

**BAIL FIXED AT NONE**

Date of Issue: OCTOBER 20, 2008

| RETURN | | |
|---|---|---|
| **DATE RECEIVED:** | LOCATION: | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** | | *DWIGHT MACKAY* |
| **LOCATION:** | | **UNITED STATES MARSHAL** |
| **BY:** | Deputy U.S. Marshal | |