FILED
GREAT FALLS DI

2011 MAY 3 AM 11 21

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-126-GF-SEH |
| Plaintiff, | **NOTICE** |
| vs. | |
| ROBERT DARRYL WAR CLUB, | |
| Defendant. | |

At the request of Defendant, the Court ordered production of telephone records, *in camera*, from Nemont Telephone Cooperative for the phone numbers (406) 653-3577, (406) 650-0921, and (406) 650-3540, IDT America for the phone number (406) 565-5795, and Verizon Wireless for the phone number (406) 498-0488. All of the requests spanned the time period of January 1, 2006, through May 31, 2006.

All the requested submissions have been provided. The submissions disclose:

1. No records from Nemont Telephone Cooperative exist for the phone numbers (406) 653-3577, (406) 650-0921, and (406) 650-3540 from January 1, 2006, through May 31, 2006.

2. No records from IDT America exist for the phone number (406) 565-5795 from January 1, 2006, through May 31, 2006.

3. No records from Verizon Wireless exist for the phone number (406) 498-0488 from January 1, 2006, through May 31, 2006.

DATED this 2nd day of May, 2011.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge