FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/09/2006

Arnold Douglas, Indian Male, Fort Peck Tribes Enrollment Number ~~[redacted]~~, Date of Birth ~~[redacted]~~, home address ~~[redacted]~~, home telephone number ~~[redacted]~~, telephonically contacted SA Susan V. Phillips at the Glasgow Office of the Federal Bureau of Investigation (FBI), Glasgow, Montana. Douglas was advised of the identity of the interviewing agent and voluntarily provided the following information:

Douglas is a Licensed Nurse Practitioner (LPN) and has been employed at the Wibaux Nursing Home in Wibaux, Montana, for the past one and a half weeks. Douglas was employed as an LPN at the Veteran's Hospital in Glendive, Montana, prior to his employment at the Wibaux Nursing Home.

On April 20, 2006, Douglas drove from his residence in Glendive, Montana, to the diabetic lab at the Indian Health Services (IHS) in Wolf Point, Montana. When Douglas was finished at IHS, he drove to Midge Clancy's house at 109 East Helena Street, Wolf Point, Montana, to teach some of his family members beading. As Douglas was pulling into Clancy's driveway, he noticed that Robert War Club was walking down an alley near Clancy's house. War Club walked up to Douglas and asked if Douglas had time to give him a ride to the Post Office. Douglas said he had time and War Club got into his vehicle and they proceeded to the Post Office in Wolf Point at approximately 10:00 a.m. When they got to the Post Office, War Club said he did not need to go to the Post Office and asked if Douglas could drive him to the street light. When they got to the street light, War Club asked Douglas if he could drive him to the hardware store. Douglas was about to pull into the hardware store and War Club asked him if he could drive him to the end of town. War Club said he had to see Vivian in Poplar, Montana, and he would hitch hike out of town. Douglas proceeded East on Highway 2 in Wolf Point. As they were approaching Richard Green's house which is the first house on the right side of Highway 2 after the town of Wolf Point, War Club said let me out here. Douglas stopped on the side of the road on Highway 2 and let War Club out of his vehicle. War Club told Douglas to take it easy and that someone would pick him up. Douglas saw War Club walking

Investigation on  05/05/2006  at  Glasgow, Montana

File #  198A-SU-62311                            Date dictated  05/12/2006

by  SA Susan V. Phillips:svp

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __Arnold Douglas__ , On __05/05/2006__ , Page __2__

down Green's driveway as he was turning around to go back to Clancy's house in Wolf Point. It was between 10:00 a.m. and 10:30 a.m. when Douglas dropped War Club off at Green's house. Douglas thought it was odd that War Club walked down Green's driveway because he said he was going to hitch hike to Poplar. Douglas thought that War Club was acting "funny" because he kept changing where he wanted to be dropped off. Douglas knows War Club because he went to church with him.

At 11:15 a.m. on April 20, 2006, Douglas left Clancy's house and headed east on Highway 2 to visit a relative in Poplar. Douglas expected to see War Club on the road and thought he would have to drive War Club to Poplar. As Douglas was passing Green's house, he saw War Club in Green's driveway talking to someone. Douglas saw two people in Green's driveway, War Club was standing against a car and Douglas did not know the identity of the other person. Douglas did not stop and proceeded on Highway 2 East to Poplar.

War Club was dirty and was wearing shabby clothes when Douglas saw him on April 20, 2006. Douglas recalled that War Club was wearing a dark brownish plaid button down shirt with the tails outside of his pants, blue jeans, and boots. Douglas thinks the boots had a lot of traction on the bottom because they tracked a lot of mud into his vehicle. Douglas said he would not have seen if War Club was wearing a knife on his belt because War Club had his shirt pulled out. Douglas did not see War Club's wallet and could not tell if War Club had any money. War Club did not ask Douglas if he could borrow money.

On May 4, 2006, Douglas drove from his residence in Glendive, Montana, to the diabetic lab at IHS in Wolf Point. Douglas bought a newspaper while he was in Wolf Point and read about Green's death on April 20, 2006. Douglas did not know about Green's death until he read the newspaper article because he lives out of town. Douglas called the FBI because he wanted to report War Club's strange behavior on the day Green died.

*[handwritten margin note: Robbie seen at yre]*