- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  05/26/2006

     Jayni Anderson, Indian Female, home address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, home telephone number 406/498-0488, telephonically contacted Special Agent (SA) Susan V. Phillips at the Glasgow Office of the Federal Bureau of Investigation (FBI), Glasgow, Montana. Anderson was advised of the identity of the interviewing agent and voluntarily provided the following information:

     Anderson is enrolled in the Fort Peck Tribe and lived on the Fort Peck Indian Reservation most of her life. Anderson worked at the Town Pump in Wolf Point, Montana, prior to moving to Butte, Montana in March of 2005. Anderson is currently employed at the Town Pump in Butte, Montana. Anderson called the FBI because she heard of the death of Richard Green and wanted to provide information she believes may be important.

     Anderson met Gail Green in 1994 and they became good friends. Gail Green has complained to Anderson for many years that when she was dating Tom Green, she was raped by Tom Green's brother, Richard Green. Gail Green ended up marrying Tom Green, but they were recently divorced.

     In approximately 1995, Anderson was sitting at the kitchen table in her house in Oswego, Montana, talking to her brother Dale King. King, who was in love with Gail Green, said that Gail had been crying about being raped by Richard Green. King said Richard Green would get what was coming to him for what he did to Gail.

Investigation on 05/22/2006 at Glasgow, Montana

File # 198A-SU-62311    Date dictated 05/26/2006

by SA Susan V. Phillips:svp

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  11/03/2006

Janae Anderson, Butte, Montana, telephone (406)565-5795, contacted Federal Bureau of Investigation (FBI), Glasgow Resident Agency, via telephone to report information related to the Richard Green murder. Anderson was advised of the identity of (FBI) Special Agent (SA) Gilbert E. Swain. Anderson provided the following information:

Janae Anderson is good friends with Alvin Linville (approximate age 65), Wolf Point, Montana. Linville and Richard Green owned property near Green's residence. Linville has a work shop/garage on the property and currently lives on the property. Green had proposed a deal to Linville to trade his portion of the work shop/garage property for property owned by Linville located within the city limits of Wolf Point. Linville did not accept the trade because his property in town was worth more than the work shop/garage property.

After the murder of Green, Linville talked about the incident with Anderson on a regular basis. Linville was partners with Green and good friends. Linville knew Green very well and was familiar with Green's home and personal habits. Linville told Anderson that he heard screams coming from Green's home around the time of the murder. Linville told Green that he was eventually going to be killed by someone he did business with.

Anderson and Linville continue to speak on the phone. Linville is planning on selling his property and belongings, and leaving Wolf Point.

Investigation on  11/03/2006  at  Glasgow, Montana

File # 198A-SU-62311 -99                          Date dictated  NA

by  SA Gilbert E. Swain

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.